UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| M.H., | ) No. CV 16-2615 FFM |
|---|---|
| Plaintiff, | ) JUDGMENT OF REMAND |
| v. | ) |
| NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Memorandum Decision and Order filed concurrently herewith.

DATED: July 24, 2018

/S/FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge