1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| MERYL I. HOROWITZ, | ) Case No.: 5:16-cv-02615-JFW-FFM |
| Plaintiff, | ) {~~PROPOSED~~} ORDER AWARDING |
| | ) EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| NANCY A. BERRYHILL, Acting | ) AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) U.S.C. § 1920 |
| | ) |
| Defendant | ) |
| | ) |
| _____ | ) |

16    Based upon the parties' Stipulation for the Award and Payment of Equal

17  Access to Justice Act Fees, Costs, and Expenses:

18    IT IS ORDERED that fees and expenses in the amount of $3,100.00 as

19  authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized

20  by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

21  DATE:    October 4, 2018

22  
                      /s/ Frederick F. Mumm
                    THE HONORABLE FREDERICK F. MUMM
23                  UNITED STATES MAGISTRATE JUDGE

24
25
26